**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 28, 2023**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00882-CV

---

**NAVIDEA BIOPHARMACEUTICALS, INC. AND MACROPHAGE THERAPEUTICS, INC., Appellants**

**V.**

**CAPITAL ROYALTY PARTNERS II, L.P.;  CAPITAL ROYALTY PARTNERS II - PARALLEL FUND "A", L.P.; PARALLEL INVESTMENT OPPORTUNITIES PARTNERS, II, L.P.; CAPITAL ROYALTY PARTNERS II (CAYMAN) L.P.; CR GROUP, L.P.; CRG SERVICING, LLC; AND CAPITAL ROYALTY PARTNERS II – PARALLEL FUND "B" (CAYMAN) L.P., Appellees**

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2018-24442**

---

**MEMORANDUM  OPINION**

This is an appeal from a judgment signed September 1, 2022. On December 6, 2023, appellants filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Costs are taxed against the party incurring such costs.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer and Spain.